UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Torrance Royster,   Civil No. 05-947 (RHK/AJB)

      Plaintiff,   **ORDER**

  v.

Andrew Darling, Steven Hansmann, Joan Fabian,
Joshua Burdine, Robert Bruber, Michell Riordan,
Kevin Byer, Ofc. Brewer, Robert Stelle, Sgt. Davis,
Sgt. McCarty, Robert Feneis and Erik Skon,

      Defendants.

---

The Court has reviewed de novo the Report and Recommendation of Magistrate Judge Arthur J. Boylan and Defendant's Objections thereto. Based on that review, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No.18) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 17) is **ADOPTED**; and

3. The Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 6, 2005

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge